# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>*v.*<br><br>**MARCUS ORTIZ** | **CRIMINAL ACTION**<br><br>**NO. 23-506-KSM** |

## ORDER

**AND NOW**, this 8th day of February, 2024, upon consideration of Defendant Marcus Ortiz's Motion to Dismiss the Indictment (Doc. No. 14) and the Government's response (Doc. No. 15), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Defendant's Motion (Doc. No. 14) is **DENIED**.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
KAREN SPENCER MARSTON, J.